# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00705-CR

**Larry Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-07-301715, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Larry Alexander was charged with capital murder. He pled guilty to murder in a plea agreement and was sentenced to twenty-five years' imprisonment. Although appellant has filed a pro se notice of appeal complaining of ineffective assistance of counsel, the trial court has certified that the case is a plea-bargain case and that appellant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed

Filed:   January 21, 2009

Do Not Publish